1   Michelle B. Abidoye, Bar No. 232782
    mabidoye@fordharrison.com
2   Hilda Aguilar, Bar No. 276459
    haguilar@fordharrison.com
3   **FORD & HARRISON LLP**
    350 South Grand Avenue
4   Suite 2300
    Los Angeles, CA  90071
5   Telephone: 213-237-2400
    Facsimile:  213-237-2401
6
    Attorneys for Defendant,
7   SOUTHWEST AIRLINES CO.

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   MINA REZK,                          CASE NO.  2:18-cv-6446

12              Plaintiff,

13        v.                             **DECLARATION OF HILDA
                                         AGUILAR IN SUPPORT OF
14   SOUTHWEST AIRLINES CO.; and         DEFENDANT SOUTHWEST
     DOES 1through 100, Inclusive,       AIRLINES CO.'S NOTICE OF
15                                       REMOVAL OF ACTION PURSUANT
                                         TO 28 U.S.C. §§ 1332, 1441 AND 1446**
16              Defendants.

17                                       Complaint Filed:   May 21, 2018
                                         Date of Removal:   July 26, 2018
18

19        I, Hilda Aguilar, declare as follows:

20        1.    I am over eighteen years of age, and have personal knowledge of each

21   of the matters set forth below and, if called as a witness, could and would testify

22   competently to each of them under oath.

23        2.    This declaration is submitted in support of Defendant Southwest

24   Airlines Co.'s Notice of Removal.

25        3.    I am an attorney at Ford & Harrison and am counsel of record for

26   Defendant in this case.

27        4.    On May 21, 2018, Plaintiff Mina Rezk filed a complaint in the

28   Superior Court of California, County of Los Angeles, titled *"Mina Rezk v.*

9898728                                              1

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

*Southwest Airlines Co., and Does 1-100*," Case No. BC706875 (the "***State Court Action***").

5.     True and correct copies of the Complaint, as well as all pleadings, process, orders, and all other filings served upon or received by Defendants in the State Court Action, are attached hereto as **Exhibit A**.

6.     Plaintiff's Complaint omits reference to Plaintiff's residence.  At paragraph 25 of Plaintiff's Complaint, it alleges that Plaintiff filed an administrative complaint with the California Department of Fair Employment and Housing ("DFEH") on April 2, 2018, which is attached as an exhibit to the Complaint in the State Court Action.  Paragraph 2 of Plaintiff's DFEH complaint states that Plaintiff resides in the State of California.  A true and correct copy of Plaintiff's April 2, 2018 DFEH complaint and DFEH right to sue notice which is attached as an exhibit to the Complaint in the State Court Action is attached hereto as **Exhibit B**.

7.     To my knowledge, no further process, pleadings, or orders related to this case have been filed in the Superior Court of California, Los Angeles County, or served by any party.

8.     Defendants will promptly notify Plaintiff and the Clerk of the Superior Court of California, County of Los Angeles, that the case has been removed.  A true and accurate copy of the notices to be mailed and served are attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 26TH day of July, 2018, in Los Angeles, California.

_/s/ Hilda Aguilar_____
HILDA AGUILAR

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:18-CV-6446
**DECLARATION OF HILDA AGUILAR ISO DEFENDANT'S NOTICE OF REMOVAL**
DOCUMENT PRINTED ON RECYCLED PAPER

## PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **July 26, 2018**, I served a copy of the following document(s) described as:

### DECLARATION OF HILDA AGUILAR IN SUPPORT OF DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446

on the interested parties in this action as follows:

| | |
|---|---|
| Stephen J. Reiss, Esq.<br>LAW OFFICES OF STEPHEN J. REISS<br>4766 Park Granada, Suite 206<br>Calabasas, CA 91302<br>Tel: (818) 591-7990<br>Fax: (818) 591-7781<br>Email: sjreiss@gmail.com | Attorneys for Plaintiff,<br>MINA REZK |

☐ **BY FACSIMILE:** I served a true and correct copy of the document(s) listed above via facsimile the to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL:** by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ **BY PERSONAL SERVICE:** I caused such documents listed above to be hand delivered via Messenger Service Nationwide Legal to the person(s) at the address(es) set forth above.

CASE NO. 2:18-CV-6446

**PROOF OF SERVICE**

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

DOCUMENT PRINTED ON RECYCLED PAPER

1    ☐    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by e-mail or electronic

2    transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below. I did not receive within a

3    reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

4

5    ☒    **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of

6    Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as

7    indicated above.

8        I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury

9    under the laws of the United States of America and State of California that the above is true and correct.

10

    Executed on **July 26, 2018**, at Los Angeles, California.

11

12

13                                   Lillian Marquez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

9898728

CASE NO. 2:18-CV-6446

4

**PROOF OF SERVICE**

DOCUMENT PRINTED ON RECYCLED PAPER